## FOUST v DERENBERGER

Ohio Appeals, 5th Dist, Stark Co
Decided Oct. 17, 1930

For full opinion see 173 NE 740; 37 Oh
Ap 3 (Oh Bar 1-20-31).

## SPIEKER v RAPID TRANSIT COMRS OF CINCINNATI

Ohio Appeals, 1st Dist, Hamilton Co
Decided April 14, 1930

For full opinion see 174 NE 15; 37 Oh Ap
102 (Oh Bar 1-27-31).

## KOLBERG v CENTRAL FRUIT & GROCERY CO

Ohio Appeals, 5th Dist, Richland Co
Decided Sept. 24, 1930

For full opinion see 174 NE 144; 37 Oh
Ap 64 (Oh Bar 1-27-31).